```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43336
    TONET BALLARD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-8670

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/22/2004 and was confirmed 02/09/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG    40267.35          .00       40267.35
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     7939.44          .00        7939.44
COUNTRYWIDE HOME LOANS    NOTICE ONLY     NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      204.42        26.17         204.42
AXSYS NATIONAL BANK ~     NOTICE ONLY     NOT FILED          .00             .00
AXSYS NATIONAL BANK       NOTICE ONLY     NOT FILED          .00             .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED          .00             .00
CHRIST HOSPITAL           UNSEC W/INTER   NOT FILED          .00             .00
CHRIST HOSPITAL           NOTICE ONLY     NOT FILED          .00             .00
CITICORP                  UNSEC W/INTER   NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER   NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER   NOT FILED          .00             .00
EVERGREEN MEDICAL SPECIA  NOTICE ONLY     NOT FILED          .00             .00
FIRST CREDIT CORP         UNSEC W/INTER     2106.00       266.85        2106.00
ARROW FINANCIAL SERVICES  UNSEC W/INTER      272.70        34.97         272.70
J C PENNEY                NOTICE ONLY     NOT FILED          .00             .00
LEGACY EMERGENCY PHYSICI  UNSEC W/INTER   NOT FILED          .00             .00
MEDCLR                    NOTICE ONLY     NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER         .00          .00             .00
PEOPLES ENERGY            NOTICE ONLY     NOT FILED          .00             .00
PROVIDIAN                 UNSEC W/INTER   NOT FILED          .00             .00
UNITED STUDENT AID FUNDS  UNSEC W/INTER     3500.00       443.27        3500.00
SPIEGEL                   UNSEC W/INTER   NOT FILED          .00             .00
SPIEGEL                   NOTICE ONLY     NOT FILED          .00             .00
VILLAGE OF BRIDGEVIEW     UNSEC W/INTER   NOT FILED          .00             .00
RMI/MCSI                  UNSEC W/INTER      250.00        31.97         250.00
SECRETARY OF HOUSING & U  SECURED NOT I     7752.96          .00             .00
UNITED STUDENT AID FUNDS  UNSEC W/INTER      820.00       103.93         820.00
UNITED STUDENT AID FUNDS  UNSEC W/INTER     1533.06       194.24        1533.06
ISAC                      UNSEC W/INTER     2393.53       213.37        2393.53
LEDFORD & WU              DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                       3,703.48

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 43336 TONET BALLARD
```

```
DEBTOR REFUND            REFUND                                          84.17

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                66,588.92

PRIORITY                                              .00
SECURED                                         48,206.79
UNSECURED                                       11,079.71
    INTEREST                                     1,314.77
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             3,703.48
DEBTOR REFUND                                       84.17
                       ---------------    ---------------
TOTALS                 66,588.92                66,588.92
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 07/28/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE



                        PAGE   2
     CASE NO. 04 B 43336 TONET BALLARD